IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY HOGGARD, II,
ADC #100526                                                              PLAINTIFF

v.                                      5:05CV00110HDY

MILDRED DALE                                                         DEFENDANT

ORDER

On May 23, 2005, I issued a Partial Recommended Disposition, recommending that

plaintiff's motion for preliminary injunctive relief (DE #3) be denied (DE #13). On June 7, 2005,

the parties consented to transfer to me, all further proceedings in this action (DE #20). Therefore,

the May 23, 2005 Recommended Disposition shall now be treated as an Opinion of the Court.

IT IS SO ORDERED this __7___ day of _____July_____, 2005.

_____
United States Magistrate Judge

1