IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY HOGGARD II,
ADC #100526                                                              PLAINTIFF

v.                                  5:05CV00110HDY

MILDRED DALE                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this __12__ day of _____July_____, 2005.


_____
United States Magistrate Judge

1